# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BONNIE HAGEN, | Civil No. 14-0576 (DSD/JJG) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| SHERROD SIMMONS, DENNIS FOSTER, and UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2014

s/David S. Doty
DAVID S. DOTY
United States District Judge